IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Civil No. 10-4943 (JBS)<br>[Crim. No. 06-126 (JBS)]<br><br>**ORDER** |

　　　This matter came before the Court upon Petitioner Hernandez's petition to vacate sentence under 28 U.S.C. § 2255 [Docket Item 1]; the Court having considered the submissions of Petitioner and counsel in opposition, for reasons stated in the Opinion of today's date, and for good cause shown,

　　　IT IS, this  **23rd**  day of  **September** , **2013,** hereby

　　　ORDERED that Petitioner's motion to vacate, alter or amend his sentence pursuant to 28 U.S.C. § 2255 will be DENIED, and it is further

　　　ORDERED that Petitioner's motion to file supplemental pleading [Docket Item 71] is DENIED; and it is further

　　　ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

　　　　　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　Chief U.S. District Judge